## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| | | | |
|---|---|---|---|
| **Loan Number:** | | **Filing Date:** | **8/13/2018** |
| **Mortgagor Last Name:** | **Harrison** | **Case Number:** | **18-20735** |
| **Property Address:** | 617 Markham Rd Baltimore, MD 21229 | **Investor:** | |
| | | **Next Analysis:** | |
| **Date Produced:** | | **Processor ID:** | |

### POST PETITION PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 9/13/2018 | 9/1/2018 | $500.00 | $0.00 | | suspense | -$268.87 | $0.00 | $500.00 |
| 10/1/2018 | 9/1/2018 | $229.00 | $0.00 | | suspense | $229.00 | $229.00 | $729.00 |
| | | $229.00 | | | NSF | -$229.00 | -$229.00 | $500.00 |
| 10/29/2018 | 9/1/2018 | $680.00 | $768.87 | 9/1/2018 | payment | -$88.87 | -$88.87 | $411.13 |
| 11/30/2018 | 10/1/2018 | $560.00 | $768.87 | 10/1/2018 | payment | -$208.87 | -$208.87 | $202.26 |
| 12/31/2018 | 11/1/2018 | $590.00 | $768.87 | 11/1/2018 | payment | -$178.87 | -$178.87 | $23.39 |
| 2/4/2019 | 12/1/2018 | $540.00 | $0.00 | | suspense | $540.00 | $540.00 | $563.39 |
| 2/28/2019 | 12/1/2018 | $768.00 | $768.87 | 12/1/2018 | payment | -$0.87 | -$0.87 | $562.52 |
| | 1/1/2019 | | $768.87 | | | -$768.87 | -$768.87 | -$206.35 |
| | 2/1/2019 | | $768.87 | | | -$768.87 | -$768.87 | -$975.22 |
| | 3/1/2019 | | $768.87 | | | -$768.87 | -$768.87 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |

## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |
| | | | | | | $0.00 | $0.00 | -$1,744.09 |

## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|

### Chapter 13 Plan Payment History

Total Amount of Pre-petition (

| Date Received | Amount Received | Received to Date | Remaining Balance | Trustee Interest | Interest Received |
|---|---|---|---|---|---|
| | | | $5,751.46 | | |
| at filing | $446.32 | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |
| | | $446.32 | $5,305.14 | | $0.00 |